# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Watson Marlow, Inc. | 12/14/2022 | 266623 | Check | $ 2,815.07 |
| Akorn Operating Company, LLC | Watson Marlow, Inc. | 2/7/2023 | 267217 | Check | $ 22,365.56 |
| | | | | | $ 25,180.63 |